NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nic Dahlquist, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Samsung Electronics America, Inc.,<br><br>Defendant. | CASE NO. 5:22-cv-00402-JWH(SPx)<br><br>**ORDER GRANTING STIPULATION RE: SAMSUNG ELECTRONICS AMERICA, INC.'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Assigned to Hon. John W. Holcomb<br>Action filed March 4, 2022 |

*ACTIVE64245762*

Before the Court is the stipulation of Defendant Samsung Electronics America, Inc. ("SEA") and Plaintiff Nic Dahlquist ("Plaintiff") regarding SEA's anticipated motion to compel arbitration of the claims in Plaintiff's First Amended Complaint. Having considered the stipulation, and finding good cause shown, it is hereby **ORDERED** as follows:

1. The stipulation is **GRANTED**.
2. SEA shall file the motion to compel arbitration ("MTCA") on or before July 15, 2022.
3. Plaintiff's opposition to the MTCA shall be due on or before August 15, 2022.
4. SEA's reply in further support of the MTCA shall be due on or before September 7, 2022.
5. The hearing on the MTCA is **SET** for September 23, 2022, at 9:00 a.m.
6. The deadline for SEA to answer, move pursuant to Rule 12(b), or otherwise plead in response to the FAC is **EXTENDED** until twenty-one (21) days after the Court enters an Order deciding the MTCA, if a response from SEA is required following the Court's Order.

**IT IS SO ORDERED.**

Dated: July 5, 2022

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE